MCGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
LAURA E. FRIEDMAN
Certified Law Student
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810



FILED

JUL - 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 06-107-DAD |
| Plaintiff, | PROBATION REVOCATION PETITION AND NOTICE OF HEARING |
| v. | DATE: August 1, 2006<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |
| JUAN JOSE SANTIAGO, | |
| Defendant. | |

On May 24, 2006, the above-named defendant was given the following sentence by United States Magistrate Judge Dale A. Drozd:

    1. Five hundred fifty ($550) dollar fine, payment to begin within thirty days of judgment and sentencing;

    2. Ten ($10) dollar special assessment; and,

    3. One year of court probation.

The United States alleges that the defendant has violated these conditions as follows:

    1. The defendant did not make any payments toward the fine of $550 or the special assessment of $10

within thirty days of judgment and sentencing.

The United States therefore petitions the Court to place this matter on its calendar for 10:00 a.m. on August 1, 2006, to allow the defendant to show cause why the probation granted on May 24, 2006, should not be revoked.

DATED: July 7th, 2006

Respectfully Submitted,

MCGREGOR W. SCOTT
United States Attorney

By: _____ For:
MATTHEW STEGMAN
Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED that the defendant appear on August 1, 2006, at 10:00 a.m., to show cause why the probation granted on May 24, 2006, should not be revoked.

IT IS SO ORDERED.

Dated: July 7, 2006

_____
Hon. Dale A. Drozd
United States Magistrate Judge

2

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on July 7, 2006, she served a copy of **Probation Revocation Petition and Notice of Hearing** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee(s):

Juan Jose Santiago
1303 Harrison Drive
Roseville, CA 95678

Tara I. Allen
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814

/s/ Laura Friedman
Laura E. Friedman