DANIEL J. BRODERICK, Bar #89424
Federal Defender

TARA I. ALLEN, Bar #235549
Staff Attorney
SAMMAR H. MIQBEL
Certified Student
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN JOSE SANTIAGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. Mag. 06-107 DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| JUAN JOSE SANTIAGO, | ) | |
| | ) | |
| Defendant. | ) | Judge: Hon. DALE A. DROZD |
| | ) | |
| _____ | ) | |

    On May 24, 2006, Juan J. Santiago was ordered to pay a fine of $550 and a $10 special assessment fee by United States Magistrate Judge Dale A. Drozd, as a condition of his 1 year probation. The parties, through their respective attorneys, hereby stipulate to make the terms of the court probation more specific and provide that, Mr. Santiago shall make payments of at least $65 per month, on the 28th of each

///
///
///

month, beginning on August 28, 2006. In light of the above, we request that the court vacate the hearing set for August 1, 2006.

Dated: July 19, 2006

          Respectfully submitted,

          DANIEL J. BRODERICK
          Federal Defender

          /s/ Tara I. Allen
          _____
          TARA I. ALLEN, Staff Attorney
          SAMMAR H. MIQBEL, Certified Student Attorney
          for Defendant JUAN JOSE SANTIAGO

Dated:  July 21, 2006

          /s/ Matt Stegman
          _____
          MATT STEGMAN
          Assistant United States Attorney
          LAURA FRIEDMAN
          Certified Student Attorney
          Counsels for Plaintiff

_____

**O R D E R**

**IT IS SO ORDERED**

DATED: July 25, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/santiago0107.stipord

2