MCGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
LAURA E. FRIEDMAN
Certified Law Student
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 06-107-DAD |
| | ) | |
| Plaintiff, | ) | AMENDED PROBATION REVOCATION |
| | ) | PETITION AND NOTICE OF HEARING |
| | ) | |
| v. | ) | DATE: January 9, 2007 |
| | ) | TIME: 10:00 a.m. |
| JUAN JOSE SANTIAGO, | ) | JUDGE: Hon. Dale A. Drozd |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On May 24, 2006, among other things, the above-named defendant was given the following sentence by United States Magistrate Judge Dale A. Drozd:

    1.   Five hundred fifty ($550.00) dollar fine, payment to begin within thirty days of judgment and sentencing;

    2.   Ten ($10.00) dollar special assessment;

    3.   Obey all Federal, State, and local laws; and,

    4.   One year of court probation.

On July 7, 2006, the government filed a probation revocation petition based on the defendant's failure to make any payments toward the fine. On July 12, 2006, the defendant made a payment

1

of $200.00.  On July 25, based on the stipulation of the parties, the Hon. Dale A. Drozd modified the defendant's sentence to make the terms of the defendant's probation specific, and to require that he make payments of at least $65.00 each month, on the 28th of each month, beginning on August 28, 2006.  The amount of the payment and the due date to which the parties agreed were proposed by the defendant.  Based on this agreement, the government withdrew the probation revocation petition and reserved the right to re-file the petition should the defendant fail to make a future scheduled payment.  The defendant has paid a total of $300.00, leaving a balance of $260.00.  Attached, marked as Exhibit A, is a copy of the defendant's payment history.

The United States alleges that the defendant has violated these amended conditions of probation as follows:

1. The defendant did not make a payment of at least $65.00 on or before August 28, 2006.
2. The defendant did not make a payment of at least $65.00 on or before October 28, 2006.
3. The defendant did not make a payment of at least $65.00 on or before November 28, 2006.
4. The defendant was convicted on November 7, 2006, for a violation of California Vehicle Code, Section 22350 that occurred on June 15, 2006.
5. The defendant did not make a payment of at least $65.00 on or before December 28, 2006.

///
///
///

1    The United States therefore petitions the Court that this
2 matter remain on its calendar for 10:00 a.m. on January 9, 2007,
3 to allow the defendant to show cause why the probation granted on
4 May 24, 2006, and amended on July 25, 2006, should not be revoked.
5 DATED: January 3, 2007                    Respectfully Submitted,
6                                           McGREGOR W. SCOTT
                                            United States Attorney
7
8                                     By: /s/ Matthew C. Stegman
                                          MATTHEW C. STEGMAN
9                                         Assistant U.S. Attorney
10
11                          PROPOSED ORDER
12    IT IS HEREBY ORDERED that this matter remain on calendar for
13 January 9, 2007, at 10:00 a.m., for the defendant to appear and
14 show cause why the probation granted on May 24, 2006, should not
15 be revoked.
16    IT IS SO ORDERED.
17 DATED: January 3, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/santiago0107.ord.amended

3

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on January 3, 2007, she served a copy of **Probation Revocation Petition and Notice of Hearing** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee(s):

Juan Jose Santiago
1303 Harrison Drive
Roseville, CA 95678

Tara I. Allen
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814

/s/ Laura E. Friedman
Laura E. Friedman