MCGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
LAURA E. FRIEDMAN
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 06-mj-0107-DAD |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | PETITION AND ORDER |
| v. | ) | |
| | ) | |
| JUAN JOSE SANTIAGO, | ) | DATE: January 16, 2007 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | COURT: Hon. Dale A. Drozd |

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing the amended probation violation petition filed on January 4, 2007, and vacating the hearing set for January 16, 2007 at 10:00 a.m.

DATED: January 10, 2007                    MCGREGOR W. SCOTT
                                          United States Attorney

                                   By: /s/ Matthew C. Stegman
                                       MATTHEW C. STEGMAN
                                       Assistant U.S. Attorney

                                  ORDER

IT IS SO ORDERED:

DATED: January 10, 2007.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/santiago0107.ord.dismiss